IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>COURTLAN BRENT JONES | Case No. 24-cr-506-JHE |

### UNITED STATES' NOTICE OF WITHDRAWAL OF MICHAEL ROYSTER AS COUNSEL

The United States provides notice that Michael Royster is no longer employed by the U.S. Attorney's Office and therefore withdraws as government counsel from the case.

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
ALLISON GARNETT
Assistant United States Attorney

*/s/ Electronic Signature*
JOHN B. WARD
Assistant United States Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/ Electronic Signature*
MARK BLUMBERG
Special Legal Counsel
Civil Rights Division

1

## CERTIFICATE OF SERVICE

I certify that, on November 25, 2025, I filed this document via the CM/ECF system, which caused a copy to be served on counsel of record.

                                                */s/John B. Ward*
                                                JOHN B. WARD
                                                Assistant United States Attorney